IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DARNELL SEATTLE WASHINGTON, | * | |
| aka Booming Black G, aka Dennelle T. | * | |
| Abernathy, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:11cv00328 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| BANK OF THE OZARKS BUILDING, | * | |
| aka New Old Federal Reserve, aka | * | |
| Denelyiah T. Abernathy Bank, | * | |
| | * | |
| Defendant. | * | |

JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed.

IT IS SO ORDERED this 21st day of April 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE